

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 21, 2023

<u>**VIA ECF**</u>
The Honorable Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:     *Nathan Perlmutter v. United States of America*,
             No. 22-cv-8719 (LAK) (JW)

Dear Judge Willis:

      This Office represents Defendant the United States of America (the "government") in this action brought under the Federal Torts Claims Act.  There is currently an initial pretrial conference scheduled for April 25, 2023, and the parties agreed on and submitted a joint Proposed Case Management Plan this week.  ECF No. 17.

      I write respectfully, with Plaintiff's consent, to request an adjournment of the conference due to a conflict that day.  Furthermore, because I am getting married this weekend and going on a planned trip for my honeymoon shortly thereafter, I respectfully request that the conference be rescheduled for a date after May 9, 2023.

      I thank the Court for its consideration of this submission.

                          Respectfully,

<span style="color:red">SO ORDERED.  The ICMC is
rescheduled to May 10, at 3:00 PM.</span>

                          DAMIAN WILLIAMS
                          United States Attorney

<span style="color:red">*Jennifer E. Willis*</span>

<span style="color:red">Jennifer E. Willis
United States Magistrate Judge</span>

                  By:    <u>/s/ *Mary Ellen Brennan*</u>
                          MARY ELLEN BRENNAN
<span style="color:red">April 24, 2023</span>             Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, NY 10007
                          Tel: (212) 637-2652
                          maryellen.brennan@usdoj.gov