**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATHAN PERLMUTTER,

                Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-cv-8719 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of non-party Chubb Insurance Company's ("Chubb") Motion to Quash a Subpoena at Dkt. No. 23. The Court is also in receipt of Defendant's letter at Dkt. No. 28 arguing that the dispute has been resolved. The Motion at Dkt. No. 23 is DENIED without prejudice to renewal. Chubb is directed to meet and confer with the parties about the subpoena and may refile the motion if a dispute persists.

SO ORDERED.

DATED:    New York, New York
               October 18, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge